[No. 14824.   Department Two.   November 20, 1918.]

ELLENSBURG CREAMERY & PRODUCE COMPANY, *Appellant,*
v. TOPPENISH CREAMERY COMPANY *et al., Defendants,*
D. J. DAVIS *et al., Garnishee Defendants
and Respondents.*[1]

APPEAL (287)—STATEMENT OF FACTS—TIME FOR FILING.   A state-
ment of facts, filed seventy-two days after entry of the judgment,
without obtaining an extension of time, is not in time, and will
be struck out.

Appeal from a judgment of the superior court for
Yakima county, Taylor, J., entered January 16, 1918,
upon findings in favor of the garnishee defendants,
dismissing garnishment proceedings, tried to the
court.   Affirmed.

*Charles F. Bolin,* for appellant.

*Lee C. Delle,* for respondents.

MACKINTOSH, J.—The judgment appealed from was
entered on the 6th day of October, 1917.   No motion
for a new trial was made, and on the 18th day of De-
cember, 1917, the statement of facts was filed, this
being seventy-two days after the entry of judgment,
and no order of the court or stipulation of the parties
appears to have been obtained granting an extension
of the time of filing the statement of facts.   For this
reason, the motion of the respondent that the state-
ment of facts be stricken must be granted.   In the
absence of the statement of facts, there is nothing be-
fore us for review, and the judgment of the lower court
is affirmed.

MAIN, C. J., HOLCOMB, CHADWICK, and MOUNT, JJ.,
concur.

[1]Reported in 176 Pac. 1.